**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2078**

———————

MEINEKE DISCOUNT MUFFLER SHOPS, INCORPORATED,

Plaintiff - Appellee,

versus

GEORGE LINDO,

Defendant - Appellant,

and

JOY LINDO,

Defendant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-97-611-MU)

———————

Submitted: November 18, 1999        Decided: November 23, 1999

———————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Lindo, Appellant Pro Se. Leigh Reynolds King, MEINEKE DISCOUNT MUFFLER SHOPS, INCORPORATED, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Lindo appeals the amount of damages awarded in the district court's order that entered default judgment against him. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Meineke Discount Muffler Shops, Inc. v. Lindo, No. CA-97-611-MU (W.D.N.C. July 6, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's Default Judgment is marked as "filed" June 30, 1999, the district court's records show that it was entered on the docket sheet on July 6, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order is entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).